Dariush G. Adli, Esq., SBN 204959
  adli@adlilaw.com
Jacob I. Mojarro, SBN 289339
  Jacob.mojarro@adlilaw.com
ADLI LAW GROUP, P.C.
12400 Wilshire Blvd., Suite 1460
Los Angeles, California 90025
Telephone: (213) 623-6546
Facsimile: (213) 623-6554

Attorneys for Defendants MASOUD JAMALI ASHTIANI, BEHROOZ DERAVI, and TAPESH MEDIA, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIREZA AMIRGHASSEMI, an individual, <br><br> *Plaintiff,* <br><br> v. <br><br> MASOUD JAMALI ASHTIANI a.k.a. MASOUD JAMALI, an individual, BEHROOZ DERAVI, an individual TAPESH MEDIA, LLC, a California corporation, and DOES 1 through 30, inclusive, <br><br> *Defendants* | Case No. 2:22-cv-00298-AB-KS <br><br> **STIPULATION TO EXTEND TIME TO RESPOND BY NOT MORE THAN 30 DAYS (L.R. 8-3) Fed. R. Civ. P. 6(B)(1)(a)** |

**STIPULATION TO EXTEND TIME TO RESPOND BY NOT MORE THAN 30 DAYS (L.R. 8-3) Fed. R. Civ. P. 6(B)(1)(a)**

# **STIPULATION TO EXTEND TIME TO FILE A RESPONSE TO INITIAL COMPLAINT**

Plaintiff ALIREZA AMIRGHASSEMI ("Plaintiff") and Defendants MASOUD JAMALI ASHTIANI, BEHROOZ DERAVI, and TAPESH MEDIA, LLC. (collectively, "Defendants"), by and through their attorneys, hereby jointly stipulate to extend the time for Defendants to respond to the initial Complaint to March 11, 2022.

IT IS SO STIPULATED.

COHEN IP LAW GROUP, PC

Dated: March 1, 2022      */s/ Michael N. Cohen*
Michael N. Cohen
*Attorneys for Plaintiff,*
ALIREZA AMIRGHASSEMI

ADLI LAW GROUP, P.C.

Dated: March 1, 2022      */s/ Dariush G. Adli*
Dariush G. Adli, Esq.
Jacob I. Mojarro, Esq.
*Attorneys for Defendants*
MASOUD JAMALI ASHTIANI,
BEHROOZ DERAVI, and TAPESH MEDIA, LLC

# **SIGNATURE ATTESTATION**

I hereby attest that all signatories above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

ADLI LAW GROUP, P.C.

Dated: March 1, 2022				*/s/ Dariush G. Adli*
						Dariush G. Adli, Esq.
						Jacob I. Mojarro, Esq.
						*Attorneys for Defendants*
						MASOUD JAMALI ASHTIANI,
						BEHROOZ DERAVI, and TAPESH
						MEDIA, LLC