UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

*AMENDED*

| Case No. | CV 22-0298-TJH(KSx) | Date | AUGUST 22, 2022 |
|---|---|---|---|

| Title | Alireza Amirghassemi v. Jamali Ashtiani et al |
|---|---|

Present: The Honorable   TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:   IN CHAMBERS - NOTICE TO ALL PARTIES OF COURT ORDER**

On the Court's own motion, the Final Pretrial Conference currently scheduled for September 12, 2022, is hereby ordered continued to ***FEBRUARY 6, 2023 at 10:00 a.m.*** Counsel for the parties are ordered to appear. The request to continue [30] is now moot.

Counsel are reminded that all pretrial documents are due no later than 21 days before the final pretrial conference hearing date. Local Rule 16-7 (Pretrial documents: Memo of Contentions of Fact and Law, joint exhibit list, witness list and amended or proposed pretrial conference order). Motions in limine are to be filed no later than 30 days before the trial date.

IT IS SO ORDERED.

cc: all parties