## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| **Case No.** | 2:22-CV-00298-TJH-KS | **Date** January 3, 2025 |
| **Title** | Alireza Amirghassemi v. Jamali Ashtiani, et al. | |

| Present: The Honorable | **Terry J. Hatter, Jr.** | , United States District Judge |
|---|---|---|
| V.R. Vallery | Not Present | |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBER) ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION

    It is the responsibility of Plaintiff to respond promptly to all Orders and to prosecute this action diligently.

    The file in this case lacks the information and documents that would show it is being timely prosecuted. Namely, plaintiff has failed to comply with Local Rule 41.6, which requires a *pro se* plaintiff to keep the Court apprised of a current address, and Local Rule 16, which requires the preparations and filing of certain documents in advance of the Final Pretrial Conference. The Court continued the Final Pretrial Conference previously set for January 6, 2025, to give plaintiff one last opportunity to comply with the requirements of Local Rule 16.

    Accordingly, the Court, on its own motion, hereby orders Plaintiff to show cause in writing, no later than **January 27, 2025**, as to why this action should not be dismissed for lack of prosecution.

    No oral argument of this matter will be heard unless ordered by the Court. This Order to Show Cause will stand submitted upon the timely filing of a written response by Plaintiff or on January 27, 2025, whichever occurs first.

Initials of preparer   vrv