UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES - GENERAL

| Case No. | CV 22-00298-TJH (KSx) | Date | January 29, 2025 |
|---|---|---|---|
| Title | Alireza Amirghassemi v. Jamali Ashtiani, et al. | | |

| Present: The Honorable | TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE |
|---|---|

| V.R. Vallery | NONE PRESENT |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:** IN CHAMBERS - ORDER AND NOTICE TO PARTIES

On January 3, 2025, the Court ordered plaintiff to show cause in writing, no later than January 27, 2025, why the above entitled action should not be dismissed for failure to prosecute. To date, plaintiff has not complied with this order.

Accordingly, good cause appearing the Court **DISMISSES** this action without prejudice pursuant to Local Rule 41-6 for failure to prosecute and failure to comply with an order of this Court.

IT IS SO ORDERED.